# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN POULLARD (#98999)** | **CIVIL ACTION NO.** |
| **VERSUS** | **22-430-JWD-EWD** |
| **LT. GABRIEL HEBERT, ET AL.** | |

## **OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated February 27, 2023 (Doc. 15), to which an objection was filed and considered, (Doc. 16);

**IT IS ORDERED** that this Court declines the exercise of supplemental jurisdiction over any potential state law claims, that all Plaintiff John Poullard's claims against Defendant Seth Smith, as well as his claims regarding violation of prison policies, are **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim pursuant to 28 U.S.C. § 1915A, and that this matter is referred back to the magistrate judge for further proceedings on the remaining claims: Plaintiff's federal claims for monetary relief against Gabriel Hebert and Howard Dixon, in their individual capacities, for failure to protect him from violence at the hands of another inmate in violation of the Eighth Amendment.

Signed in Baton Rouge, Louisiana, on March 8, 2023.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**